FILED: June 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1576

(1:13-cv-01181-LMB-TCB)

(09-10525-BFK)

_____

In re: NATIONAL HERITAGE FOUNDATION, INCORPORATED

    Debtor

------------------------------

JOHN R. BEHRMANN; NANCY BEHRMANN

    Appellants

v.

NATIONAL HERITAGE FOUNDATION, INCORPORATED

    Debtor - Appellee

and

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL HERITAGE FOUNDATION, INCORPORATED

    Creditor

JUDY A. ROBBINS, II

    Trustee

JANET RIDGELY

    Debtor

JONATHAN D. MILLER; NYE, PEABODY, STIRLING, HALE & MILLER, LLP; DANIEL JOSEPH SCHENDZIELOS; SCHENDZIELOS & ASSOCIATES, LLC

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cv-01181-LMB-TCB<br>09-10525-BFK |
| Date notice of appeal filed in originating court: | 06/10/2014 |
| Appellant (s) | John R. Behrmann, Nancy Behrmann |
| Appellate Case Number | 14-1576 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |