# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 10, 2015

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  John R. Behrmann, et ux.
            v. National Heritage Foundation, Inc.
           No. 15-304
           (Your No. 14-1576)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 6, 2015 and placed on the docket September 10, 2015 as No. 15-304.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                      Jacob C. Travers
                                      Case Analyst